In the Matter of the Claim of SAMUEL H. BRIDGES, Respondent, against TYSON MACK DISTRIBUTORS CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.